**Order entered June 16, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-21-00511-CR**
**No. 05-21-00512-CR**
**No. 05-21-00513-CR**
**No. 05-21-00514-CR**

**OSCAR MALIK KING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-71539-M, F21-00153-M,**
**F21-00154-M & F21-00155-M**

## ORDER

Before the Court is the State's June 14, 2022 second motion for additional time to file its brief. We **GRANT** the motion and **ORDER** the State's brief filed as of the date of this order.

/s/   ERIN A. NOWELL
     JUSTICE